# EXHIBIT 1

Case 1:24-cv-00212-JFR-LF   Document 1-1   Filed 03/01/24   Page 2 of 9

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
1/30/2024 3:18 PM
KATINA WATSON
CLERK OF THE COURT
Amanda Jimenez

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT

Rafael Rodriguez and
Kristina Rodriguez_____,
Plaintiff,

VS.

Wells Fargo Home Mortgage
Defendant.

SUMMONS ISSUED

Case No. CV 2024 00798

## CIVIL COMPLAINT

1. Plaintiff or defendant resides, or may be found in, or the cause of action arose in this county.

2. Plaintiff claims from Defendant the amount of $ 50,500.00 and also claims interest and court costs.

Plaintiff claims from Defendant personal property of the value of $ _____, which is described as follows:

_____
_____
_____
_____

3. Plaintiff's claim arises from the following event or transaction: _____

On Oct. 2023 home loan was being transferred from Wells Fargo to Mr. Cooper Home mortgage. We were advised by Wells Fargo that the loan was already transferred and directed us to pay monthly amount with Mr. Cooper. Mr. Cooper stated it was not fully transferred and we were unable to pay. Wells Fargo reported a late payment to the credit reporting agencies causing our credit scores to drop causing difficulties with further home

4. Trial by jury is (not) demanded. (If a jury is demanded, an additional cost must be paid upon filing.)

purchases. Late payment was reporting within the 1st 30 days. Fair Credit Act states that they will not report for 60 days for Home Loan transfers.

Rev. 5/5/2022

01/30/2024
Date

Signed

Rafael Rodriguez
Name (print)

4720 Sandpoint NW
Address (print)

Albuquerque, NM 87114
City, State and Zip Code (print)

505-659-0922
Telephone Number

Rev. 5/5/2022

| | SUMMONS | |
|---|---|---|
| District Court: <u>Second Judicial District Court</u><br><u>Bernalillo</u> County, New Mexico<br>Court Address: 400 Lomas Blvd. NW<br>Albuquerque, NM 87102<br>Court Telephone Number: (505)841-7451 | Case Number: | CV 2024 0 0 7 9 8 |
| | Judge: | DANIEL E. RAMCZYK |
| Plaintiff(s):<br>Rafael Rodriguez and<br>Kristina Rodriguez<br>v.<br>Wells Fargo Home Mortgage<br>Defendant(s): | Defendant Name:<br>Wells Fargo Mortgage<br>Address:<br>9390 Coors Blvd. NW<br>Albuq NM 87114 | |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule <u>1-004</u> NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.sbnm.org; 1-800-876-6277; or 1-505-797-6000.

Dated at Albuquerque, New Mexico, this ___ day of _____, 20 ___.  JAN 30 2024

CLERK OF COURT
Katina Watson
By: _____
Deputy

Signature of Attorney for Plaintiff [or Plaintiff Pro Se]
Name: Rafael Rodriguez
Address: _____ Albuq, NM 87114
Telephone No.: _____
Fax No.: _____
Email Address: rafael@Served2perfection.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE <u>1-004</u> NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

Serve to Perfection
505-659-0922
Served in person on 1/31/24
11:08 am
No Fee

# RETURN

STATE OF NEW MEXICO	)
	)ss
COUNTY OF _____	)

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

*(check one box and fill in appropriate blanks)*

[ ]   to the defendant _____ *(used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, *(used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at _____ *(insert defendant's last known mailing address)* a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ *(insert defendant's business address)* and by mailing the summons and complaint by first class mail to the defendant at _____ *(insert defendant's last known mailing address).*

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ *(used when defendant is a minor or an incompetent person).*

[ ]   to _____ *(name of person)*, _____, *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees:_____

_____
Signature of Person making service

_____
Title (if any)

Subscribed and sworn to before me this _____ day of _____, _____.[2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

## USE NOTES

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order No. 05-8300-001, effective March 1, 2005; by Supreme Court Order No. 07-8300-016, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013; as amended by Supreme Court Order No. 13-8300-022, effective for all cases pending or filed on or after December 31, 2013; as amended by Supreme Court Order No. 14-8300-017, effective for all cases pending or filed on or after December 31, 2014.]

Case 1:24-cv-00212-JFR-LF   Document 1-1   Filed 03/01/24   Page 7 of 9

FILED
2nd JUDICIAL DISTRICT COURT
Bernalillo County
2/1/2024 1:15 PM
KATINA WATSON
CLERK OF THE COURT
Amanda Jimenez

# SUMMONS

| | |
|---|---|
| District Court: Second Judicial District Court<br>Bernalillo County, New Mexico<br>Court Address: 400 Lomas Blvd, NW<br>Albuquerque, NM 87102<br>Court Telephone Number: (505)841-7451 | Case Number: CV 2024 00798<br><br>Judge: DANIEL E. RAMCZYK |
| Plaintiff(s):<br>Rafael Rodriguez and<br>Kristina Rodriguez<br>v.<br>Wells Fargo Home Mortgage<br>Defendant(s): | Defendant Name:<br>Wells Fargo Mortgage<br><br>Address:<br>9580 Coors Blvd. NW<br>Albuq, NM 87114 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.sbnm.org; 1-800-876-6277; or 1-505-797-6000.

Dated at Albuquerque, New Mexico, this ___ day of JAN 30 2024, 20___.

CLERK OF COURT
Katina Watson
By: _____
Deputy JACQUELINE TRUJILLO

Signature of Attorney for Plaintiff [or Plaintiff Pro Se]
Name: Rafael Rodriguez
Address: 4710 Sandpoint NW Albuq, NM 87114
Telephone No.: 505-654-0922
Fax No.: _____
Email Address: rafael@SecondPerfection.com

**THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.**

**RETURN**

STATE OF NEW MEXICO              )
                                 )ss
COUNTY OF Bernalillo             )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Bernalillo county on the 31st day of Jan, 2024, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

*(check one box and fill in appropriate blanks)*

[ ] to the defendant _____ *(used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, *(used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at _____ *(insert defendant's last known mailing address)* a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ *(insert defendant's business address)* and by mailing the summons and complaint by first class mail to the defendant at _____ *(insert defendant's last known mailing address).*

[X] to Briana Chavez, Branch Manager, an agent authorized to receive service of process for defendant Wells Fargo Mortgage

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ *(used when defendant is a minor or an incompetent person).*

[ ] to _____ *(name of person)*, _____, *(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: $125.00

Signature of Person making service
Michael Block · Process Server
Title (if any)

Subscribed and sworn to before me this 1st day of Feb., 2024.

Judge, notary or other officer authorized to administer oaths
Notary
Official title

STATE OF NEW MEXICO
NOTARY PUBLIC
Carolyn Jones
Commission No. 1116245
November 09, 2024

## USE NOTES

1. Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2. If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order No. 05-8300-001, effective March 1, 2005; by Supreme Court Order No. 07-8300-016, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013; as amended by Supreme Court Order No. 13-8300-022, effective for all cases pending or filed on or after December 31, 2013; as amended by Supreme Court Order No. 14-8300-017, effective for all cases pending or filed on or after December 31, 2014.]